BURKE, WILLIAMS & SORENSEN, LLP
Richard J. Reynolds, Bar No. 89911
Joseph P. Buchman, Bar No. 148983
1851 East First Street
Suite 1550
Santa Ana, CA 92705-4067
Telephone: 949.863.3363
Facsimile: 949.863.3350

Attorneys for Creditor
Trojan Capital Investments, LLC

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| SEAN KELLY BURKE,<br><br>  Debtor. | Case No. 15-43901<br><br>Chapter Number: 13<br><br>R.S. NO.: JPB-001<br><br>**NOTICE OF MOTION FOR RELIEF FROM AUTOMATIC STAY**<br><br>Date: January 29, 2016<br>Time: 10:00 a.m.<br>Dept: Room 215<br>Judge: Charles Novack<br>    1300 Clay Street<br>    Oakland, CA 94612 |

PLEASE TAKE NOTICE that Trojan Capital Investments, LLC's ("Movant") Motion for Relief from the Automatic Stay has been set for hearing on January 29, 2016 at 10:00 a.m. in Courtroom 215 of the United States Bankruptcy Court for the Northern District of California, Oakland Division, located at 1300 Clay Street, Oakland, California.

Pursuant to the Motion, Movant seeks an order from the Bankruptcy Court as follows:

1. Order that relief from the stay is granted under 11 U.S.C. §362(d)(1) and that Movant (and any successors or assigns) may proceed under applicable nonbankrutpcy law to

BURKE, WILLIAMS &
SORENSEN, LLP
ATTORNEYS AT LAW
SANTA ANA

IRV #4842-2089-6556 v2

- 1 -

NOTICE OF MOTION FOR RELIEF FROM AUTOMATIC STAY

Case: 15-43901   Doc# 7   Filed: 01/08/16   Entered: 01/08/16 15:07:44   Page 1 of 2

enforce its remedies to foreclose upon and obtain possession of the real property commonly known as 2136 McLean Place, Livermore, CA 94550 (the "Property").

    2. That the 14-day stay prescribed by FRBP 4001(a)(3) be waived.

    3. That the order be binding and effective despite any conversion of this bankruptcy case to a case under any other chapter of the Bankruptcy Code.

    4. That the Order include the following *in rem* relief:

> "Pursuant to 11 U.S.C. § 362(d)(4), the Court finds that the filing of the bankruptcy petition was part of a scheme to hinder, delay, or defraud creditors that involved multiple bankruptcy cases affecting the Property and the Court makes a finding that the Debtor was involved in this scheme.
>
> "If recorded in compliance with applicable state laws governing notices of interests or liens in real property, this order shall be binding in any other case under this title purporting to affect the Property filed not later than 2 years after the date of the entry of this order by the court, except that a debtor in a subsequent case under this title may move for relief from this order based upon changed circumstances or for good cause shown, after notice and a hearing. Any federal, state or local government unit that accepts notices of interests or liens in real property shall accept any certified copy of this order for indexing and recording."

FURTHER NOTICE IS HEREBY GIVEN that if you fail to attend the scheduled hearing, or oppose the motion within the time provided by the Rules of Procedure, the Court may grant the relief requested in the motion.

Dated: January 8, 2016

BURKE, WILLIAMS & SORENSEN, LLP
Joseph P. Buchman

By: /s/ Joseph P. Buchman
    Richard J. Reynolds
    Attorneys for Creditor
    Trojan Capital Investments, LLC

BURKE, WILLIAMS & SORENSEN, LLP
ATTORNEYS AT LAW
SANTA ANA

IRV #4842-2089-6556 v2

- 2 -

NOTICE OF MOTION FOR RELIEF FROM AUTOMATIC STAY

Case: 15-43901   Doc# 7   Filed: 01/08/16   Entered: 01/08/16 15:07:44   Page 2 of 2