Sean Kelly Burke (Debtor)

United States Bankruptcy Court for the Northern District of California

Case No. 15-43901 CN 13

List of Creditors

Trinity Financial Services, LLC
2618 San Miguel Drive, Suite 316
Newport Beach, CA 92660

Chase
Loan Number 3014305464
PO Box 78420
Phoenix, AZ 85062-8420